DISMISS; Opinion issued September 20, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00862-CR

**ANTHONY RAY BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 21206**

# MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang
Opinion By Justice Francis

Anthony Ray Brown was convicted of murder and sentenced to life imprisonment. His conviction was affirmed on direct appeal. *Brown v. State*, No. 05-04-00872-CR (Tex. App.—Dallas Mar. 30, 2005, pet. ref'd) (mem. op.) (not designated for publication). Appellant filed a motion for appointment of counsel to pursue a motion for post-conviction DNA testing. The trial court denied the motion for appointment of counsel and this appeal followed.

An order denying appointment of counsel for post-conviction DNA testing is not an appealable order. *Gutierrez v. State*, 307 S.W.3d 318, 323 (Tex. Crim. App. 2010). We dismiss the

appeal for want of jurisdiction.

_____
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120862F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY RAY BROWN, Appellant

No. 05-12-00862-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 86th Judicial District Court of Kaufman County, Texas. (Tr.Ct.No. 21206).
Opinion delivered by Justice Francis, Justices Bridges and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 20, 2012.


MOLLY FRANCIS
JUSTICE